**FRIERI & CONROY LLC**
777 Walnut Avenue
Cranford, New Jersey 07016
908-653-1441
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| George Callas & John O'Brien | **CIVIL ACTION NUMBER:** 2:12-cv-02659-SDW-MCA |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| v. | |
| James Helfer, Corban Ventures, LLC, Mark Stevens, Met Electric, Prime One Premium, Faegre Baker Daniels, LLP, Thomas Brueggemann Fifth Third Bank (as a stakeholder) & JP Morgan Chase Bank, N.A. (as a stakeholder) | |
| Defendants | |

The defendant, Corban Ventures, LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered on September 14, 2012, upon application of plaintiffs and upon affidavit that defendant is indebted to plaintiffs in the principal sum of $700,000 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiffs, recover of the defendant, Corban Ventures, LLC, the sum of $700,000.00 plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiffs and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Dated this 16th day of May, 2013

*[signature]*
USDJ